No. 09-10709. Melvin Mason, Petitioner v. William E. Cassady, et al.

562 U.S. 1171, 131 S. Ct. 980, 178 L. Ed. 2d 809, 2011 U.S. LEXIS 125.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 850, 131 S. Ct. 100, 178 L. Ed. 2d 63, 2010 U.S. LEXIS 6096.

No. 09-10763. Michael Anthony Evans, Petitioner v. Andrea E. Eldridge, et al.

562 U.S. 1171, 131 S. Ct. 980, 178 L. Ed. 2d 809, 2011 U.S. LEXIS 602.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 851, 131 S. Ct. 107, 178 L. Ed. 2d 65, 2010 U.S. LEXIS 6000.

No. 09-10764. Ellis Carlyle Davis, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1171, 131 S. Ct. 980, 178 L. Ed. 2d 809, 2011 U.S. LEXIS 307.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 851, 131 S. Ct. 107, 178 L. Ed. 2d 66, 2010 U.S. LEXIS 6015.

No. 09-10784. Bryant Alexander Grover, Petitioner v. Rick Thaler, Direc-

tor, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1171, 131 S. Ct. 981, 178 L. Ed. 2d 809, 2011 U.S. LEXIS 335.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 852, 131 S. Ct. 108, 178 L. Ed. 2d 67, 2010 U.S. LEXIS 6143.

No. 09-10818. Juan M. Fox, Petitioner v. Steve Upton, Warden, et al.

562 U.S. 1171, 131 S. Ct. 981, 178 L. Ed. 2d 809, 2011 U.S. LEXIS 570.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 853, 131 S. Ct. 112, 178 L. Ed. 2d 69, 2010 U.S. LEXIS 6016.

No. 09-10946. Perry R. Silverman, Petitioner v. Stuart Hudson, Warden.

562 U.S. 1171, 131 S. Ct. 981, 178 L. Ed. 2d 809, 2011 U.S. LEXIS 596.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 856, 131 S. Ct. 123, 178 L. Ed. 2d 75, 2010 U.S. LEXIS 6328.